# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**Chambers of**
**Richard G. Kopf**
**United States District Judge**

Room 586, Robert V. Denney Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Phone: 402-437-1640
Fax: 402-437-1641
Judge's E-Mail: Richard_Kopf@ned.uscourts.gov
Assistant's E-Mail: Kristin_Leininger@ned.uscourts.gov

April 28, 2009

*Via Certified Mail, Return Receipt Requested*

James A. Wheeler
1937 M St.
Franklin, NE 68939-1603

Re:     *In Re James A. Wheeler*, Miscellaneous Case No. 8:09mc30

Dear Mr. Wheeler:

On the morning of April 27, 2009, I selected a jury in the felony criminal case of *United States of America v. Lindsay M. Harry*, 4:08CR3110. You had been summoned to attend jury selection in that case.

Despite being summoned, you failed to report. When a member of the Clerk's staff called on April 27, 2009 to inquire why you were absent, you stated that you were aware of your obligation but chose not to comply with it. You stated that you had elected not to report because attendance interfered with your training for an athletic event scheduled for June 14, 2009.

Pursuant to 28 U.S.C. §1866(g), and the laws of the United States more generally, I herewith order you to appear before me in Courtroom Number One located on the 5th Floor of the Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska 68508. You are to appear on Friday, May 8, 2009 at 11:00 A.M. On that date and at that time you will be given an opportunity to show good cause why you should not be fined $1,000, imprisoned for three days, ordered to perform community service or any combination thereof for your failure to report for jury service.

*Warning: Failure to Appear and to Show Good Cause May Subject You to a Fine and Imprisonment and Other Penalties and Sanctions.*

Sincerely,

Richard G. Kopf
United States District Judge

Copies to:
Court File: Miscellaneous Case No. 8:09mc30
Chief Judge Bataillon
Judge Laurie Smith Camp
Denise Lucks, Clerk of Court
Therese Bollerup, Chief Deputy Clerk
Pat Merritt, Deputy Clerk in Charge–Lincoln
Beth Hansen, Jury Clerk–Lincoln
Ryan Thompson, Deputy United States Marshal in Charge–Lincoln