IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re JAMES A. WHEELER, | ) | 8:09MC30 |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |

     Mr. Wheeler appeared today and gave me his explanation regarding his failure to appear for jury duty. While his explanation was not sufficient, it is enough to avoid further punishment. Therefore,

     IT IS ORDERED that this matter is closed, with the court deciding to take no further action.

     DATED this 8th day of May, 2009.

                            BY THE COURT:

                            *S/Richard G. Kopf*
                            United States District Judge